**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 22-10964 (MG) <br><br> (Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS <br><br> Plaintiff, <br><br> v. <br><br> DEREK ROBERT JACOBY <br><br> Defendant. | Adv. Proc. No. 24-03822 |

## CERTIFICATE OF SERVICE

I, Tyler Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On 7/26/2024, I sent a copy of the following documents via certified mail with return receipt requested:

1) Complaint; and
2) Summons.

Copies of the documents were sent via certified mail with return receipt requested to the following defendant:

> Defendant
> DEREK ROBERT JACOBY
> Address on file, but not publicly disclosed pursuant to the *Memorandum Opinion and Order on the Debtors' Sealing Motion* (Bankr. Case No., Docket No. 910).

Dated: 8/1/2024

*/s/ Tyler Kitto*
Tyler Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801